IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Cr. No. 05-10076-T/An

TONIA MORPHIS,

    Defendant.

## ORDER ON ARRAIGNMENT

This cause came to be heard on October 24, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is retained/appointed:

NAME: _____DIANNE SMOTHERS_____
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____ The defendant, who is not in custody, may stand on his/her present bond.

__✓__ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_S. Thomas Anderson_
S. THOMAS ANDERSON
United States Magistrate Judge

Charges:    conspiracy to manufacture controlled substance

Assistant U.S. Attorney assigned to case: Kitchen

Rule 32 was: _____ waived __✓__ not waived.

Defendant's age: _33_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __10-26-05__

(11)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CR-10076 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT