IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

v                                                               Cr. No. 05-10076-01-T

TONIA MORPHIS

### ORDER CORRECTING ORDER SETTING CONDITIONS OF RELEASE

The court set bond for the above defendant on this date and as part of the conditions of the defendant's release, the court ordered a curfew. The record reflects that the curfew is to be in effect from 7:00 a.m. to 6:00 p.m. However, the court intended the curfew to be in effect from 6:00 p.m. until 7:00 a.m. IT IS THEREFORE ORDERED that the Order Setting Conditions of Release is AMENDED to reflect a curfew of 6:00 p.m. until 7:00 a.m. All other conditions of release set in said order remain in effect.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: October 25, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  10-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:05-CR-10076 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT