IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                          Cr. No. 05-10076-01-T/An

TONIA MORPHIS

### SECOND ORDER CORRECTING ORDER SETTING CONDITIONS OF RELEASE

The Order Setting Conditions of Release in this matter incorrectly states that the amount of money to be posted with the court as security for the defendant's bond is $1,000. The correct amount is $1,500, or 10% of the $15,000 bond that the court set. The defendant paid the correct amount ($1,500) on 10/24/05, receipt #J28911.

IT IS THEREFORE ORDERED that the clause pertaining to bond in the Order Setting Conditions of Release is CORRECTED to reflect a required posting of $1,500 rather than $1,000. All other previously set conditions of release remain in effect.

*S. Thomas Anderson*
S. THOMAS ANDERSON
United States Magistrate Judge

DATE: November 1, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-08-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:05-CR-10076 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT