IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.
05 DEC 16 PM 3:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | No. 05-10076-T |
| TONIA MORPHIS, ) | |
| Defendant. ) | |

## ORDER REVOKING CONDITIONS OF RELEASE

Defendant Tonia Morphis has moved to modify and clarify the terms of the bond upon which defendant has been released pending trial. A hearing on that motion was scheduled for 8:45 a.m. on December 16, 2005. Defendant failed to appear. The United States moved to revoke the bond of defendant. The court heard evidence and the arguments of counsel and concluded that because defendant has violated the terms of her pretrial release by the use of controlled substances, violations of curfew, and failure to appear for a scheduled court appearance, defendant's bond should be revoked. Defendant will be detained pending trial since there is no condition or combination of conditions which will guarantee the appearance of the defendant as ordered and the safety of the community.

IT IS SO ORDERED.

James D. Todd
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

16 December 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 1:05-CR-10076 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT